# haynesboone

Direct Phone Number: (212) 918-8995<br>
Direct Fax Number: (212) 884-9550<br>
jason.habinsky@haynesboone.com

October 15, 2018

<u>*Via ECF*</u>

The Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007-1312

    Re:   *Steven Matzura v. Pinot's Palette Franchise, LLC*
            No. 18-cv-05784

Dear Judge Woods:

      We represent defendant Pinot's Palette Franchise, LLC ("Defendant") in the above-referenced matter. Plaintiff Steven Matzura's ("Plaintiff") complaint alleges that Defendant's website is a place of public accommodation that is not accessible to visually disabled persons in violation of the Americans with Disabilities Act, the New York State Human Rights Law, and the New York City Human Rights Law. Defendant does not admit liability, but has sought to reach a settlement with Plaintiff in order to avoid the cost and inconvenience of litigation. The parties' agreement has now been fully memorialized.

      The parties hereby jointly request that the Court approve and so-order the enclosed settlement agreement. The parties request that the Court approve the terms of the agreement and retain jurisdiction over this matter in light of Defendant's need for protection from other potential plaintiffs who may come forward to assert similar claims based on the putative access violations that are being addressed and resolved pursuant to this settlement. That has been a recurring issue in similar matters. A fully executed version of the Settlement Agreement that the parties are requesting be approved is annexed hereto as Exhibit A.

Respectfully submitted,<br><br>
Jason Habinsky

cc:  Counsel of Record (via ECF*)*

4833-4234-2520 v.1

Haynes and Boone, LLP
Attorneys and Counselors
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Phone: 212.659.7300
Fax: 212.918.8989
www.haynesboone.com